COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Courtney Paul Savoy
A. L. C. DOC No. 424060
3751 Lauderdale Woodyard Rd.
Kinder LA 70648

**REHEARING ACTION: November 28, 2012**

**Docket Number: 10   01140-KA**

**STATE OF LOUISIANA
VERSUS
COURTNEY PAUL SAVOY**

**Appealed from Rapides Parish Case No. 288,660**

**BEFORE JUDGES:**

   Hon. Ulysses Gene Thibodeaux
   Hon. Sylvia R. Cooks
   Hon. John D. Saunders

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Courtney Paul Savoy** has this day been

   **DENIED.**

cc: James C. Downs, Counsel for the Appellee
    Willard Trichel Armitage, Jr., Counsel for the Appellee